AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America )
v. )
) Case No: 22MJ364
Nelson Omar ALFARO-Orellana )
)
)
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>March 10, 2022</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Illegal Re Entry , and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On March 10, 2022, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of El Salvador present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to El Salvador via Houston, Texas on or about September 13, 2019. This was subsequent to a felony conviction for "Illegal Re Entry " in the state of Texas on or about August 28, 2019. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Jonathan Navar, Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. VIA TELEPHONE

Date: March 12, 2022

*Judge's signature*
GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.